# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RIO CERP MANAGER, LLC, a Nevada limited liability company, on behalf of Rio Properties, Inc., d/b/a Rio All-Suite Hotel and Casino, <br><br> Defendants. | CASE NO. 2:18-cv-01325-MJP <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

IT IS STIPULATED AND AGREED, by the undersigned counsel for plaintiff NORTHWEST ADMINISTRATORS, INC. and defendant RIO CERP MANAGER, LLC, a Nevada limited liability company, on behalf of Rio Properties, Inc., d/b/a Rio All-Suite Hotel and Casino ("RIO CERP MANAGER") and subject to the approval of the Court, that the time by which RIO CERP MANAGER must answer, move or otherwise respond to plaintiff's complaint in this action is extended to and including November 9, 2018.

DATED: October 10, 2018　　　　　　　　GREENBERG TRAURIG, LLP

By ___*/s/ James M. Nelson*___
James M. Nelson
GREENBERG TRAURIG LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Tel: (916) 442-1111
Fax: (916) 448-1709

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT - 1
Case No. 2:18-cv-01325-MJP

| | |
|---|---|
| 1 | Email: nelsonj@gtlaw.com |
| 2 | Attorney for Defendant |
| 3 | RIO CERP MANAGER, LLC, a Nevada limited liability company, on behalf of Rio |
| 4 | Properties, Inc., d/b/a Rio All-Suite Hotel and Casino |

DATED: October 10, 2018     REID, MCCARTHY, BALLEW & LEAHY, LLP

By:  s/Russell J. Reid
Russell J. Reid
REID, MCCARTHY, BALLEW & LEAHY, LLP
100 West Harrison Street, North Tower, #300
Seattle, WA 98119
Tel: (206) 285-0464
Fax: (206) 285-8935

Attorney for Plaintiff
Northwest Administrators, Inc.

IT IS SO ORDERED this 11th day of October, 2018.

_____
Marsha J. Pechman
United States District Judge

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT - 2
Case No. 2:18-cv-01325-MJP

GREENBERGTRAURIG LLP
1201 K STREET, SUITE 1100
SACRAMENTO, CA 95814
PHONE (916) 442-1111  FAX (916) 448-1709

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT - 3
Case No. 2:18-cv-01325-MJP

G‍REENBERG T‍RAURIG LLP
1201 K S‍TREET, S‍UITE 1100
S‍ACRAMENTO, CA 95814
P‍HONE (916) 442-1111   F‍AX (916) 448-1709